**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IHAB BEBAWI,

      Petitioner,

      v.

MARKWAYNE MULLIN; *et al.*,

      Respondents.

3:26-CV-1274

## ORDER

Before the Court is Mr. Bebawi's Petition for Writ of Habeas Corpus (ECF 4) and Respondents' response thereto (ECF 6). Petitioner argues that his detention by Respondents for over seven and a half months violates due process. Considering the *German Santos* factors, the Court respectfully disagrees. *German Santos v. Warden Pike Cty. Corr. Facility*, 965 F.3d 203, 211 (3d Cir. 2020). The duration of Mr. Bebawi's detention under 8 C.F.R. § 241.4 has not yet become unreasonable. *See Id.* ("a lawful permanent resident's detention [becomes] unreasonable sometime between six months and one year"); *Crooks v. Lowe*, No. 18-CV-47, 2018 WL 6649945, at *2-3 (M.D. Pa. Dec. 19, 2018) (listing Section 1226(c) cases and finding no constitutional violation after 18 months' detention). Removal proceedings appear to be progressing at a normal pace without willful delay by Respondents. Mr. Bebawi's habeas petition is therefore **DENIED**.

To the extent Mr. Bebawi contests the fairness of his bond hearing, the Court cannot make a finding on this issue without first reviewing the transcript of that proceeding. Accordingly, **IT IS ORDERED** that Mr. Bebawi shall file the official transcript of his bond hearing, which was held on April 15, 2026, by no later than **August 3, 2026.** It is the Court's understanding that copies of hearing transcripts can be obtained by submitting a Request for Record of Proceedings (ROP) to the immigration court in which the hearing was held. More detailed directions as to

making      an      ROP      request      can      be      found      online      at https://www.justice.gov/eoir/ROPrequest.

If Mr. Bebawi is absolutely unable to obtain a copy of the transcript, he shall provide notice of such to the Court by **August 3, 2026**, including details of his efforts to make the necessary ROP request.

DATED this 14th day of July, 2026.

BY THE COURT:

/s/ J. Nicholas Ranjan
United States District Judge

cc:
Ihab Bebawi
A245096557
Moshannon Valley Processing Center
555 Geo Drive
Philipsburg, PA 16866